■ Jeanine M. Shufelt, Appellant, v Dice America, Inc., Respondent. [874 NYS2d 847]—Appeal from an order of the

Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered November 2, 2007 in a breach of contract action. The order, inter alia, granted defendant's motion for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Hurlbutt, Peradotto, Green and Gorski, JJ.